ISIDOR GOLD and LOUIS TUCHMAN, Plaintiff, Appellants, v. MORRIS TALKOW and THOMAS CAIRO, Defendants, Respondents.

Supreme Court, Appellate Term, First Department, June 3, 1924.

**Contracts — action for money had and received — such action may be maintained after rescission of contract for fraud.**

Plaintiff may sue for money had and received after a rescission of the contract on the ground of fraud.

APPEAL by plaintiffs from a judgment of the Municipal Court of the city of New York, borough of Manhattan, first district, dismissing plaintiff's complaint on the merits.

*Alfonse F. Spiegel,* for the appellants.

*Zachery M. Deiman,* for the respondents.

*Per Curiam.* There is no doubt that plaintiffs could sue for money had and received after a rescission of the contract for fraud. For a discussion of the principles involved in this form of action, see *Miller* v. *Schloss,* 218 N. Y. 400. Defendants should have asked for a bill of particulars of plaintiffs' cause of action. Judgment reversed and new trial ordered, with thirty dollars costs to appellants to abide the event.

All concur; present, GUY, GAVEGAN and MITCHELL, JJ.

Judgment reversed and new trial ordered.